IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**UNITED STATES OF AMERICA**,

**Plaintiff,**

v.

**DEVON STEWARTS,**              No. 08-30129-DRH

**Defendant.**

## ORDER

**HERNDON, Chief Judge:**

This matter comes before the Court on Defendant's Motion for Discovery and Incorporated Memorandum in Support. (Doc. 19). The Court has been informed by the Government (Doc. 20) that the Government has complied with the Defendant's request. Upon this information, the Court finds that the Defendant's Motion for Discovery and Incorporated Memorandum in Support (Doc. 19) is **MOOT**. However, if the Defendant wishes to re-file his Motion, he may do so at a later date.

**IT IS SO ORDERED.**

Signed this 27th day of August, 2008.

/s/     David R Herndon

**Chief Judge
United States District Court**